| Attorney or Party without Attorney:<br>Michael D. Pogue (SBN 6518)<br>GRAVIS LAW, PLLC<br>P.O. Box 3020<br>Sun Valley, ID 83353<br>Telephone No: (208) 290-9000<br><br>Attorney For: Movants Altice USA, Inc. and CSC Holdings, LLC | Ref. No. or File No.:<br>087870.00004 | For Court Use Only |
|---|---|---|

Insert name of Court, and Judicial District and Branch Court:
IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Plaintiff: ALTICE USA, INC., ET AL
Defendant: OPSEC ONLINE LLC,

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:23-cv-576 (E.D. Tex.) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Transfer To E.D.T.X. Requested Oral Argument Requested; Declaration Of Diana Hughes Leiden In Support Of Altice's Motion To Compel Third Party OPSEC Online LLC's Compliance With Its Subpoena Duces Tecum With Respect To Requests 21, 25–29, And 33; Expert Declaration Of Dr. Sandeep Chatterjee In Support Of Altice's Motion To Compel Third Party OPSEC Online LLC's Compliance With Its Subpoena Duces Tecum With Respect To Request 14; Altice USA, Inc. And CSC Holdings, LLC's Memorandum Of Law In Support Of Its Motion To Compel Third Party OPSEC Online LLC's Compliance With Its Subpoena Duces Tecum With Respect To Requests 21, 25–29, And 33; Altice USA, Inc. And CSC Holdings, LLC's Memorandum Of Law In Support Of Its Motion To Compel Third Party OPSEC Online LLC's Compliance With Its Subpoena Duces Tecum With Respect To Request 14; Motion To Compel

3. a. Party served: OPSEC ONLINE LLC,
   b. Person served: Lexi Huffaker, authorized to accept service for CT Corp., Registered Agent, authorized to accept

4. Address where the party was served: 1555 West Shoreline Dr. Suite 100, Boise, ID 83702

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Oct 24 2024 (2) at: 02:42 PM

6. **Person Who Served Papers:**
   a. Kasey Vink
   b. FIRST LEGAL
   1517 W. Beverly Blvd.
   LOS ANGELES, CA 90026
   c. (213) 250-1111
   
   d. *The Fee* for Service was: $313.25

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

10/25/2024
(Date)

Kasey Vink
(Signature)



PROOF OF SERVICE

12054353
(5939735)